## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**ARTHUR L. LOCKETT,**

    Plaintiff,

                                      Case No. 08-14770

v.

                                      Hon. Denise Page Hood

**DEUTSCHE BANK NATIONAL**
**COMPANY AND TRUSTEE, et al.,**

    Defendants.

_____/

### ORDER DENYING MOTION TO DISQUALIFY (#11)

This matter is before the Court on Plaintiff Arthur L. Lockett's Motion to Disqualify Judge Denise Page Hood filed September 9, 2024. On January 22, 2009, more than 14 years ago, the Court entered a Judgment and Order summarily dismissing Lockett's Complaint. (ECF Nos. 5, 6) No appeal was taken challenging the dismissal. An Order Denying Motion for Relief from Judgment was entered an January 31, 2024 and the case remains closed. (ECF No. 8) The Court denies Lockett's Motion to Disqualify the undersigned. Disqualification is unnecessary since there is nothing before the Court to review. Any additional relief sought in the Motion to Disqualify has been addressed by the Court in previous Orders.

    Accordingly,

IT IS ORDERED that Plaintiff's Motion to Disqualify Judge Denise Page Hood **(ECF No. 10)** is DENIED.

IT IS FURTHER ORDERED that any Appeal of this Order would be frivolous and would not be taken in good faith. 28 U.S.C. § 1915(a)(3); *Coppedge v. United States*, 369 U.S. 438, 445 (1962).

s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

DATED:   September 18, 2024